VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ROANOKE

| | | |
|---|---|---|
| HELEN ELIZABETH FARRAR-CLARY, | ) | |
| Plaintiff | ) | |
| v. | ) | CL18000447-00 |
| THE BOYD CORPORATION, SOUTH HILL, VIRGINIA, | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Boyd Corporation of South Hill, Virginia has on the 10th day of April 2019, filed a Notice of Removal, a copy of which is attached hereto as Exhibit 1, in the Office of the Clerk of the United States District Court for the Western District of Virginia.

Dated: <u>April 10, 2019</u>

Respectfully Submitted,

**THE BOYD CORPORATION,**
**SOUTH HILL, VIRGINIA**

By *[signature: J. Clay Rollins]*

Phillip J. Strach
North Carolina Bar No. 29456
Brodie D. Erwin
North Carolina Bar No. 44368
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
Phil.Strach@odnss.com
Brodie.Erwin@odnss.com

*Pro Hac Vice application pending per L.R. 6(d)*

J. Clay Rollins, Esquire  
Virginia State Bar Number 84382  
clay.rollins@ogletreedeakins.com  
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.  
901 East Byrd Street, Suite 1300  
Riverfront Plaza, West Tower  
Richmond, VA  23219  
Tel.:   (804) 663-2332  
Fax:   (855) 843-1809  

*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2019, I served the foregoing by e-mail and regular mail on counsel for Plaintiff:

Thomas E. Strelka, Esquire
Virginia State Bar Number 75488
thomas@strelkalaw.com
L. Leigh R. Strelka, Esquire
leigh@strelkalaw.com
Virginia State Bar Number 73355
STRELKA LAW OFFICE, P.C.
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
Tel.:   (540) 283-0802

*Counsel for Plaintiff*

**THE BOYD CORPORATION,**
**SOUTH HILL, VIRGINIA**


By  *[signature: J. Clay Rollins]*
J. Clay Rollins, Esquire
Virginia State Bar Number 84382
clay.rollins@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:   (804) 663-2332
Fax:   (855) 843-1809

*Counsel for Defendant*

38098290.1