CLOSED,TRANSFERRED

# U.S. District Court
## Western District of Virginia (Roanoke)
## CIVIL DOCKET FOR CASE #: 7:19−cv−00298−MFU

| | |
|---|---|
| Farrar−Clary v. The Boyd Corporation, South Hill, Virginia | Date Filed: 04/10/2019 |
| Assigned to: Chief Judge Michael F. Urbanski | Date Terminated: 05/25/2021 |
| Referred to: Magistrate Judge Robert S. Ballou (Settlement) | Jury Demand: Plaintiff |
| Demand: $500,000 | Nature of Suit: 442 Civil Rights: Jobs |
| Case in other court:  Circuit Court for the City of Roanoke, CL18000447−00 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Employment Discrimination | |

**Plaintiff**

**Helen Elizabeth Farrar−Clary**  represented by  **Linda Leigh Strelka**
Strelka Law Office
Warehouse Row
119 Norfolk Avenue, SW, Suite 330
Roanoke, VA 24011
540−283−0802
Email: leigh@strelkalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norvell Winston West , IV.**
Strelka Law Office
Warehouse Row
119 Norfolk Avenue, SW, Suite 330
Roanoke, VA 24011
540−283−0802
Email: winston@strelkalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas Eugene Strelka**
Strelka Employment Law
Warehouse Row
119 Norfolk Avenue, SW, Suite 330
Roanoke, VA 24011
540−283−0802
Email: thomas@strelkalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**The Boyd Corporation, South Hill, Virginia**  represented by  **Brodie Davis Erwin**

Ogletree, Deakins, Nash, Smoak & Stewart PC
8529 Six Forks Road, Forum IV, Suite 600
Raleigh, NC 27615
919−787−9700
Fax: 919−783−9412
Email: brodie.erwin@ogletree.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**James Clay Rollins**
Ogletree Deakins Nash Smoak & Stewart, PC.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
804−663−2332
Fax: 804−225−8641
Email: clay.rollins@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Phillip J. Strach**
Ogletree, Deakins, Nash, Smoak & Stewart PC
8529 Six Forks Road, Forum IV, Suite 600
Raleigh, NC 27615
919−787−9700
Fax: 919−783−9412
Email: phil.strach@ogletreedeakins.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2019 | Ï 1 | NOTICE OF REMOVAL from Circuit Court for the City of Roanoke, case number CL18000447−00. (Filing & Administrative fee $ 400 receipt # 0423−3118204), filed by The Boyd Corporation, South Hill, Virginia. (Attachments: # 1 Exhibit 1 State Court Records−Complaint, Amended Complaint, # 2 Exhibit 2 State Court Records−Notice of Removal filed in State Court, # 3 Civil Cover Sheet)(ams) Modified on 4/11/2019 to correct docket text (ams). (Entered: 04/11/2019) |
| 04/11/2019 | Ï 2 | Magistrate Consent Notice to Parties. (ams) |
| 04/11/2019 | Ï 3 | NOTICE of Appearance by James Clay Rollins on behalf of The Boyd Corporation, South Hill, Virginia (Rollins, James) |
| 04/11/2019 | Ï 4 | MOTION for *Phillip J. Strach* to Appear Pro Hac Vice. Filing fee $ 100, receipt number 0423−3118515. by The Boyd Corporation, South Hill, Virginia. (Attachments: # 1 Text of Proposed Order)(Rollins, James) |
| 04/11/2019 | Ï 5 | |

|            |     |                                                                                                                                                                                                                                                                                                             |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | MOTION for *Brodie D. Erwin* to Appear Pro Hac Vice. Filing fee $ 100, receipt number 0423–3118520. by The Boyd Corporation, South Hill, Virginia. (Attachments: # 1 Text of Proposed Order)(Rollins, James)                                                                                                |
| 04/11/2019 | Ï 6 | MOTION for Extension of Time to File Answer *or Otherwise Respond* by The Boyd Corporation, South Hill, Virginia. (Attachments: # 1 Text of Proposed Order)(Rollins, James)                                                                                                                                 |
| 04/11/2019 | Ï 7 | ORDER granting 4 MOTION to Appear Pro Hac Vice. Attorney Phillip J. Strach for The Boyd Corporation, South Hill, Virginia added. Signed by Chief Judge Michael F. Urbanski on 4/11/2019. (ck)                                                                                                               |
| 04/11/2019 | Ï 8 | ORDER granting 6 Motion for Extension of Time to Answer. The Boyd Corporation, South Hill, Virginia answer due 5/8/2019. Signed by Chief Judge Michael F. Urbanski on 4/11/2019. (ck)                                                                                                                       |
| 04/11/2019 | Ï 9 | ORDER granting 5 MOTION to Appear Pro Hac Vice. Attorney Brodie D. Erwin for The Boyd Corporation, South Hill, Virginia added. Signed by Chief Judge Michael F. Urbanski on 4/11/2019. (ck)                                                                                                                 |
| 04/12/2019 | 10  | Order Requesting Transmittal of Case File from Roanoke City Circuit Court. Signed by Chief Judge Michael F. Urbanski on 4/11/2019. (ck)                                                                                                                                                                     |
| 04/18/2019 | 11  | Certified State Court Records received electronically from Circuit Court City of Roanoke, CL18000447–00 (ck)                                                                                                                                                                                                |
| 05/08/2019 | 12  | ANSWER to Complaint Complaint by The Boyd Corporation, South Hill, Virginia.(Erwin, Brodie)                                                                                                                                                                                                                 |
| 05/10/2019 | 13  | Magistrate Consent Notice to Parties. (ck)                                                                                                                                                                                                                                                                  |
| 05/10/2019 | 14  | Scheduling Letter (mka)                                                                                                                                                                                                                                                                                     |
| 05/16/2019 | 15  | NOTICE of Hearing: **(N)** (No Interpreter requested)  Scheduling Conference set for 5/23/2019 10:30 AM in Roanoke before Chief Judge Michael F. Urbanski. Dial in instructions emailed to counsel. (mka)                                                                                                   |
| 05/23/2019 | 16  | Minute Entry for proceedings held before Chief Judge Michael F. Urbanski: Scheduling Conference held on 5/23/2019. (mka)                                                                                                                                                                                    |
| 05/23/2019 | 17  | Oral Order to Respond – the parties have 14 days to respond to the court's inquiry re appropriate venue. Responses due by 6/6/2019. Entered by Chief Judge Michael F. Urbanski on 5/23/19. (mka)                                                                                                            |
| 06/06/2019 | 18  | NOTICE by The Boyd Corporation, South Hill, Virginia re 17 (Rollins, James)                                                                                                                                                                                                                                 |
| 08/26/2019 | 19  | Order Referring Case to Magistrate Judge Robert S. Ballou for Mediation. Signed by Chief Judge Michael F. Urbanski on 8/25/2019. (ck)                                                                                                                                                                       |
| 10/03/2019 | 20  | Order Setting Settlement Conference. Settlement Conference set for 11/15/2019 09:00 AM in Roanoke before Magistrate Judge Robert S. Ballou. Signed by Magistrate Judge Robert S. Ballou on 10/2/2019. (Attachments: # 1 Exhibit A)(ck)                                                                       |
| 10/23/2019 | 21  | Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou: Telephone Conference held on 10/23/2019. (lg)                                                                                                                                                                                   |
| 11/15/2019 | 22  | Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou: Settlement Conference held on 11/15/2019. (cd)                                                                                                                                                                                  |
| 12/10/2019 | 23  | REPORT of Settlement Conference. As a result of the mediation proceedings held on November 15, 2019, I hereby REPORT that the parties did not settle the matter at this session. Parties interested in continuing settlement discussions with my assistance are encouraged to contact my chambers at any time. Entered by Magistrate Judge Robert S. Ballou on 12/10/19. (lg) |

| | | |
|---|---|---|
| 09/22/2020 | Ï | **IMPORTANT NOTICE:** The United States District Court for the Western District of Virginia (WDVA) will be going live on the Next Generation of CM/ECF (NextGen CM/ECF) Tuesday, October 13, 2020. Preparing for NextGen CM/ECF is a two−step process. Step One is that each attorney must upgrade their individual PACER account, no shared accounts within firms will be allowed. Check and see if your PACER account is an "Upgraded" PACER account. Many PACER accounts have already been upgraded. If any of the following is true, you have an upgraded PACER account and no action is required until after the VAWD NextGen CM/ECF upgrade on **October 13, 2020:** 1) You have an upgraded PACER account for another NextGen Court or 2) Your PACER account was created after August 10, 2014. If none of these are true, you must upgrade your legacy PACER account before you will be able to link your PACER account to your VAWD CM/ECF account for your new NextGen CM/ECF account. Click here to learn how to upgrade your PACER Account. If you still have questions regarding your PACER account, please contact the PACER Service Center 800− 676−6856. Complete information regarding the WDVA NextGen CM/ECF implementation can be found at NextGen Information. (mzc) (ADI) |
| 09/29/2020 | Ï | **IMPORTANT NOTICE:** The Western District of Virginia will be going live on NextGen CM/ECF Tuesday, October 13, 2020. This is a Two−Step process. In Step one each attorney was to make sure they had an upgraded individual PACER account. Now in preparation for Step Two please make sure you know your VAWD CM/ECF username and password. Please manually log in to the VAWD CM/ECF system at ht tps://ecf.vawd.uscourts.gov/cgi−bin/login.pl to make sure you know your current VAWD CM/ECF username and password. (do not rely on the auto−populating in your browser, because you will have to manually enter your CM/ECF username and password during the linking process after we go live on NextGen.) If you do not know your username or password please email ecf@vawd.uscourts.gov and include your bar# and contact phone#. (ADI) (mzc) |
| 10/06/2020 | Ï | **IMPORTANT NOTICE:** The Western District of Virginia will be going live on NextGen CM/ECF **Tuesday, October 13, 2020**. The VAWD CM/ECF system will be unavailable from 8:00 am, October 10, 2020, through 8:00 am on Tuesday October 13, 2020. Preparing for NextGen CM/ECF is a two−step process. Step one was to upgrade your PACER account. Each attorney should have their own individual Upgraded PACER account at this time. Step two will be to link your upgraded PACER account to your VAWD CM/ECF account **after** the Court goes live on NextGen CM/ECF October 13, 2020. Instructions for linking you r account can be found by clicking here. Remember you cannot link your accounts until on or after the court goes live on NextGe n October 13, 2020. If you have any additional questions please call the VAWD Clerks Office at 540−857−5100 or email ecf@vawd.uscourts.gov. (ADI) (mzc) |
| 05/24/2021 | 24 | Order transferring case to Eastern District of Virginia. Signed by Chief Judge Michael F. Urbanski on 05/24/2021. (sln) (Entered: 05/25/2021) |