IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

HELEN FARRAR-CLARY,
　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Civil No. 3:21cv340 (DJN)

THE BOYD CORPORATION,
　Defendant.

### ORDER
### (Dismissing Case With Prejudice)

　　This matter comes before the Court on the parties' joint Stipulation of Dismissal With Prejudice (ECF No. 41). Because the parties have settled all matters in controversy, the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiff against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs. By agreement of the parties, pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

　　This case is now CLOSED.

　　Let the Clerk file a copy of this Order electronically and notify all counsel of record.

　　It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　David J. Novak
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Dated: September 9, 2021